**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
STEVEN RAY GILLIM,
Respondent.

No. 65903

**FILED**

DEC 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to suppress. First Judicial District Court, Carson City; Robert E. Rose, Senior Judge. Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal and that any issues that were or could have been brought in this appeal are forever waived, and that having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_Pickering_, J.
Pickering

_Parraguirre_, J.
Parraguirre

_Saitta_, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40181

cc:    Chief Judge, The First Judicial District Court
Hon. Robert E. Rose, Senior Justice
Attorney General/Carson City
Carson City District Attorney
Erik R. Johnson
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A